1052

[No. 63223-0-I.   Division One.   September 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY A. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06919-1, Monica J. Benton, J., entered March 6, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 63458-5-I.   Division One.   September 7, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. JASON DWAYNE SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00520-9, Gerald L. Knight, J., entered April 30, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Becker and Cox, JJ. Now published at 158 Wn. App. 501.

[No. 63733-9-I.   Division One.   September 7, 2010.]

G&I IV KIRKLAND LLC, *Respondent*, v. STAT MEDICAL, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-06112-4, Douglass A. North, J., entered June 26, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.

[No. 63928-5-I.   Division One.   September 7, 2010.]

PETER J. LANGE, *Appellant*, v. FRANCIS S. WHELAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-18868-8, Donald D. Haley, J. Pro Tem., entered July 7, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Spearman, J., concurred in by Cox and Schindler, JJ.